E-FILED
Monday, 29 August, 2016  09:33:27 AM
Clerk, U.S. District Court, ILCD

✳ THIS IS NOT A 42 U.S.c.A
1983 ✳

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED

AUG 26 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES D. LEWIS; F.B.I.; BARACK OBAMA; el.al.,
PETITIONERS; SUI JURIS; proxy Plaintiff

vs.

UNITED NATIONS GENERAL ASSEMBLY:
    JOHN AND JANE DOE'S
STATE OF ILLINOIS GOVERNOR:
    BRUCE RAUNER
EXILE RUSSIA:
    EDWARD SNOWDEN
GAS STATION(S) OF AMERICA:
    JOHN AND JANE DOE'S
SECRETARY OF DEFENSE: Defendant(s)
    JOHN AND JANE DOE'S
INTERNAL AFFAIRS AT PONTIAC C.C
    JOHN AND JANE DOE'S
INTERNAL AFFAIRS AT DIXON C.C.
    JOHN AND JANE DOE'S

Case No. 16-3242 RM-TSH

✳ I WOULD LIKE A COPY TO BE
    PLACED ON THE DESK(S) OF;
✳ PRESIDENT BARACK OBAMA ✳
✳ F.B.I. ✳
✳ SECRET SERVICE(S) ✳

COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☑ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑ Other 28 U.S.C. 532 et. seq. "DIRECTOR OF F.B.I."; 28 U.S.C. 535 et. seq. "GOVERNMENT
OFFICIALS AND EMPLOYEES; 18 U.S.C.A. 242 "DEPRIVATION OF RIGHTS"
FED RULES OF CIV. PROC. #14, #53, #44, #57, #60, #64, #65, #71 AND #72 et. seq.
28 U.S.C. 2281 "THREE-JUDGE COURT"

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

        Now comes the plaintiff,    JAMES D. LEWIS                , and states as
follows:

My current address is:   2600 NORTH BRINTON AVE. DIXON, IL 61021-9524

The defendant JOHN & JANE DOE'S        , is employed as UNITED NATION'S GENERAL ASSEMBLY
1ST AVE. & 46 ST.        at  NY, NY 10017  WWW. UN. gov/

The defendant BRUCE RAUNER        , is employed as GOVERNOR OF THE STATE OF ILL.
1301 CONCORDIA COURT    at  SPRINGFIELD, IL 62701

The defendant EDWARD SNOWDEN , is employed as SPY ON THE U.S.A. EXILE RUSSIA  at COUNTRY OF RUSSIA

The defendant JOHN AND JANE DOE's , is employed as GAS STATION(S) OF U.S.A EVERYWHERE  at AMERICA

(revised 9/96)

The defendant JOHN AND JANE DOE'S , is employed as SECRETARY OF DEFENSE WWW.SED.gov/  at

Additional defendants and addresses INTERNAL AFFAIRS AT PONTIAC C.C.; JOHN & JANE DOE'S INTERNAL AFFAIRS AT DIXON C.C.; JOHN & JANE DOE'S

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes        No ☑

If yes, please describe

SEVERAL INTERSTATE(S) AND OUTER STATE(S)

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☑        No

C.  If your answer to B is yes, how many? SEVERAL Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) CHECK LISTED #ID NUMBERS 2007002060/ 2008006593/ B-52327

Defendant(s)  SEVERAL

2.  Court (if federal court, give name of district; if state court, give name of county)

SEVERAL

3. Docket Number/Judge

2007006693/2008 006 6593/8-52327 CHECK # IS NUMBER LISTED

4. Basic claim made

SEVERAL ISSUES

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it      still pending?)

DIFFERENT RESULTS

6. Approximate date of filing of

lawsuit  DIFFERENT DATE(S)

7. Approximate date of disposition

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☑ No ☐ If your answer is no, explain why not

C. Is the grievance process completed? Yes ☑ No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

# STATEMENT OF CLAIM

Place of the occurrence   BREACH OF SECURITY

Date of the occurrence _____

Witnesses to the occurrence   MYSELF AND OTHER(S)

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

I ABOVE PERSON IS BRING THIS CLAIM TO THE INTERNATIONAL
COMMUNITIES, UNITED STATES OF AMERICA AND OTHERS ABOUT
A VERY SERIOUS PROBLEM(S) DEALING WITH SECURITY AND
SAFETY CONCERNS. SEVERAL INDIVIDUALS TURNING A BLIND
EYE TOWARDS THE SITUATION(S) THE GAS STATION(S) OF AMERICA,
BECAUSE THERE IS NOT ANY SECURITY GUARDS IN ALOT OF
AMERICA GAS STATION WHICH IS A MATTER THAT NEED TO BE
ADDRESS TO THE SECRETARY OF DEFENSE AND OTHERS. BECAUSE
OUR COUNTRY IS EN DANGER, BECAUSE INDIVIDUALS IS NOT
PAYING ATTENTION TO WHAT GOING ON AROUND US. I HAVE
WARNED SEVERAL OFFICIALS WITHIN THE COURT SYSTEMS,
PRISON(S) AND ETC. I HAVE ASKED TO TALK TO THE F.B.I. AND
BARACK OBAMA AND THEY SAID, "IN THERE OWN WORDS THIS
IS NOT OUR PROBLEM(S) AND "FUCK THE F.B.I." (SEE CASE NUMBER

16 C & 50085 WESTERN DIVISION AND ETC.). REMEMBER IN "WARS IT'S ALWAYS BE THE ENEMIES WITHIN." REMEMBER THE WORLD TRADE CENTERS. AMERICA IS NOT USING THERE COMMON-SENSE WHEN IT COMES TO SAFETY AND SECURITY OF THE WORLD. OUR SEMI-TRAILERS CAN BE HI-JACK? THIS CAN HURT OUR ECONOMICS; CURRENCY AND ETC. TERRORISTS CAN USE OUR GAS STATIONS; SEMI-TRAILERS TANKS AND ETC. FOR WEAPONS OF MASS DESTRUCTION.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I'M REQUESTING DECLARATORY AND INJUNCTION(S) RELIEF,

AND TO TALK TO THE F.B.I.; LAW ENFORCEMENTS; AND

OTHERS CONCERNING SECURITY AND ETC. BECAUSE I HAVE

A FORMAT TO A BETTER U.S.A AND WORLD.

**JURY DEMAND**          Yes ☑   No ☐

Signed this ___24___ day of ___AUG,___ ,

___2016___ .

*(Signature of Plaintiff)*

| *Name of Plaintiff:* | *Inmate Identification Number:* |
|---|---|
| JAMES A LEWIS | B-52327 |
| *Address:* | *Telephone Number:* |
| 2600 NORTH BRINTON AVE. | |

IN THE UNITED STATES
PATENT AND TRADE MARK
OFFICE
— AND —
IN THE LIBRARY OF CONGRESS
COPYRIGHT OFFICE

JAMES D. LEWIS
PETITIONER; SUI JURIS; PROXY

NOTICE OF FILING/AFFIDAVIT OF SERVICE

TO: UNITED STATES PATENT AND TRADE MARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

TO: LIBRARY OF CONGRESS COPYRIGHT OFFICE - COPUBS
101 INDEPENDENT AVE. S.E.
WASHINGTON, D.C. 20559-6300

PLEASE TAKE NOTICE THAT ON ___8/12___, 2016, I HAVE PLACED THE DOCUMENTS
LISTED BELOW IN THE INSTITUTIONAL MAIL AT DIXON C.C., PROPERLY
ADDRESSED TO THE PARTIES LISTED BELOW AND ABOVE FOR MAILING THROU-
GH THE UNITED STATES POSTAL SERVICE: UNITED STATES OF AMERICA
GAS STATION(S) SECURITY AND SAFETY; PATENT(S) AND COPYRIGHTS;
SEMI-TRAILERS GAS TANKS AND OTHER HAZARD MATERIALS PROTECTION CAGES AND ETC.

DATE: 8/11/2016

GENERAL SEAL
MARGARET THOMAS
Notary Public State of Illinois
My Commission Expires 8/25/2019

JAMES DARNELL LEWIS
B-52327
2600 NORTH BRINTON AVE.
DIXON, IL 61021-9524

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS ___11___ DAY OF August, 2016
Margaret Thomas
NOTARY PUBLIC

IN THE UNITED STATES          PAGE 1 OF 2
PATENT AND TRADEMARK
OFFICE
— AND —
IN THE LIBRARY OF
CONGRESS/COPYRIGHT
OFFICE

THIS FORMAT IS FOR THE <u>SAFETY</u> AND <u>SECURITY</u> OF <u>AMERICA</u> GAS STATION(S)

THROUGH OUT THE UNITED STATES, AND TOO STOP <u>TERRORISTS</u> etc, FROM

STARTING A <u>CHEMICAL</u> <u>WARFARE</u> AND <u>CHAIN REACTION</u>. IF THE ENEMY

EVERY COMES FROM WITHIN, WE MUST DO EVERY THING WITHIN OUR

POWERS TO KEEP OUR COUNTRY SAFE. I HAVE ATTACHED A CAGE(S) PRO-

TECTIONS FROM <u>CHAIN REACTION</u> AND <u>CHEMICAL WARFARE</u>, BECAUSE

MY ALLEGIANCE IS TO PROTECT THE CITIZEN(S) AND THE GOVERNMENT.

<u>CHEMICAL</u> <u>WARFARE</u>: TACTICAL WARFARE USING INCENDIARY MIXTURES, SMOKES,

OR IRRITANT, BURNING, POISONOUS, OR ASPHYXIATING GASES.

<u>CHAIN</u> <u>REACTION</u>: A SERIES OF EVENTS SO RELATED TO EACH OTHER THAT

EACH ONE INITIATES THE NEXT. A SELF-SUSTAINING <u>CHEMICAL</u> OR <u>NUCLEAR</u>

<u>REACTION</u> YIELDING ENERGY OR PRODUCTS THAT CAUSE FURTHER REACTIONS OF

THE SAME KIND. THIS A <u>BREACH OF SECURITY</u>.          WRITTEN BY:
                                                        JAMES DARNELL LEWIS
                                                        James Lewis
DATE: 7/9/2016

PAGE 2 OF 2

# CAGES PROTECTIONS

FROM CHAIN REACTION AND CHEMICAL WARFARE

FROM
GAS STATION(S) IN
UNITED STATES OF AMERICA

TWO
STEEL
POLES



CARD OPENING → FOR RECEIPT(S)

GAS PUMP HOLDER SLOT(S)

BOLTS          BOLT(S)

TWO
STEEL
POLES

FIRE
EXTINGUISH ON THE
SIDE FOR HAZARD
MATERIAL/CHAINED
DOWN ON THE SIDE

STEEL CAGE(S) WITH
MELTED DOWN BOLT(S)

DATE: 7/9/2016

SECURITY AND SAFETY
BY JAMES DARNELL LEWIS
James Lewis

PAGE 1 oF 1

IN THE UNITED STATES
PATENT AND TRADE MARK
OFFICE
— AND —
IN THE LIBRARY OF CONGRESS
COPYRIGHT OFFICE



UNITED STATES PATENT AND TRADE MARK AND LIBRARY OF CONGRESS COPYRIGHT OFFICE



STEEL POLES

SEMI-TRAILERS

GAS TANKS & OTHER HAZARD

PROTECTHON CAGES

TOO STOP TERRORS ATTACK

STEEL POLES

PADLOCK

JAMES D. LEWIS
B-52337
2600 No. BRINTON AVE.
DIXON, IL
61021-0529

STATE OF ILLINOIS

        SS

COUNTY OF _LEE_        IN THE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION.

UNITED NATIONS, et al.,  )
   Respondent/DEFENDANT(S) )
                ) CASE NO. _____
           vs     )
JAMES D. LEWIS; F.B.I.; et al.,  )
PETITIONER(S); SUI JURIS; PROXY

NOTICE OF FILING

TO: OFFICE of THE CLERK   TO: _____   TO: _____
  CENTRAL DIST. of ILLINOIS  _____  _____
  600 EAST MONROE ST.  _____  _____
  SPRINGFIELD IL 62701  _____  _____
  1 Original & 1 copy  ____copy(ies)  ____copy(ies)

PLEASE TAKE NOTE that on the 24 day of AUG. , 2016, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) FEDERAL QUESTION(S) AND ETC.
2) EXHIBIT(S) PATENT AND LIBRARY OF CONGRESS
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

### AFFIDAVIT OF SERVICE

I, JAMES D. LEWIS , being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit #XA located at DIXON Correctional Center in DIXON , IL for 6024-2524 delivery as 1st Class Mail. 2600 NORTH BRINTON AVE.

s/s _____
NAME: JAMES D. LEWIS
IDOC Reg. No. B-52327

Subscribed and sworn to before me this 23rd day of August , 2016

NOTARY PUBLIC

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

Revised Jan 2002