JAMES B. LEWIS
B-52327
2600 No. BRINTON AVE.
DIXON, IL 61021-9524

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE ILLINOIS
DEPT OF CORRECTIONS

E-FILED
Monday, 29 August, 2016  09:33:27 AM
Clerk, U.S. District Court, ILCD

LEGAL
MAIL

OFFICE OF THE CLERK
CENTRAL DISTRICT OF ILL.
600 EAST MONROE ST.
SPRINGFIELD, IL
62701-9477